FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 13 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THINK COMPUTER FOUNDATION, an Ohio 501(c) 3 non-profit corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; et al., <br><br> Defendants - Appellees. | No. 14-17570 <br><br> D.C. No. 5:14-cv-02396-JTM Northern District of California, San Jose <br><br><br> ORDER |

Before: GRABER, CALLAHAN, and CHRISTEN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); *see also WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

SM/Pro Se